IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO G. HERNANDEZ,

    Petitioner,                   No. CIV S-07-0604 DFL EFB P

    vs.

RICHARD SUBIA, Warden,

    Respondent.                 ORDER

_____/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has filed an application for leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). He challenges a conviction in the Kings County Superior Court, a claim arising out of a county venued in th Fresno portion of this district. Local Rule 3-120(d). Because this action should be transferred to Fresno, this court will defer ruling on petitioner's application leave for to proceed *in forma pauperis*.

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

    2. The Clerk of Court shall assign a new case number;

/////

/////

1

1     3. The new case number is _____. All future filings shall
2 bear the new case number and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

Dated: May 1, 2007.

                /s/ Edmund F. Brennan
                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE